# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorman, Mary P. | 2. Court or Organization<br><br>Central District of Illinois | 3. Date of Report<br><br>5/14/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>600 East Monroe St. #234<br>Springfield, Illinois<br>62701 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | _____ Trust #1. Brother-in-law is settlor. Sole benficiaries are my sister, nieces and nephews. |
| 2. Trustee | _____ Trust #2. Brother -in-law is sttlor. Sole beneficiairies are my sister, nieces and nephews. |
| 3. Board member and treasurer | Rail Meadows Homeowners Association, Springfield, Illinois. Non-profit corporation. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 5/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 5/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1- checking account at JP Morgan Chase | | None | J | T | | | | | |
| 2. Trust #2 - checking account at JP Morgan Chase | | None | J | T | | | | | |
| 3. Trust #1- whole life policy with Gen. Amer. Life | A | Dividend | K | T | | | | | |
| 4. Trust #2 - whole life policy with Gen. Amer. Life | A | Dividend | O | T | | | | | |
| 5. Whole life policy with Northwesterm Mutual Life Ins. | A | Dividend | K | T | | | | | |
| 6. AMG Funds Timessquare Mid Cap Gr. | B | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 7. Artisan Partners Fds. Small Cap Fd. | B | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 8. Blackrock Funds Core Bond | A | Dividend | J | T | | | | | |
| 9. BlackrockGlobal Alloc. Instit. | B | Dividend | K | T | Sold (part) | 03/17/17 | J | A | |
| 10. Credit Suisse Commodity Ret. Strat. Fd. | A | Dividend | | | Buy (add'l) | 04/28/17 | J | | |
| 11. | | | | | Sold | 08/29/17 | J | A | |
| 12. Delaware Group Adviser FDS Inc. US Growth Fund | A | Dividend | | | Buy (add'l) | 04/28/17 | J | | |
| 13. | | | | | Sold | 08/29/17 | K | C | |
| 14. Delaware Group Equity FDS II Value Fd. | A | Dividend | K | T | Buy (add'l) | 04/28/17 | J | | |
| 15. Deutsche Global/Intl Fd. Global Sm. Cap | B | Dividend | J | T | Sold (part) | 03/17/17 | J | A | |
| 16. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 17. Deutsche Sec. Enhanced Commodity Strat. Fd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gorman, Mary P. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deutsche Sec. Global Real Est. Secs. Fd. | A | Dividend | J | T | Sold (part) | 08/29/17 | J | A | |
| 19. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 20. Dreyfus/BNY Mellon Fds Dynamic Total Return | B | Dividend | K | T | Buy | 03/17/17 | J | | |
| 21. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 22. Eaton Vance Global Macro Absolute Return Fd. | A | Dividend | J | T | | | | | |
| 23. Fidelity Advisor Strategic Income Fd. | A | Dividend | J | T | Buy (add'l) | 03/17/17 | J | | |
| 24. First Eagle Funds Global Fd. | A | Dividend | K | T | Sold (part) | 03/17/17 | J | A | |
| 25. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 26. First Eagle Funds Sogen Overseas Fd. | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 27. Forward Funds Tactical Growth Fund | B | Dividend | K | T | Sold (part) | 03/20/17 | J | A | |
| 28. Gabelli Equity Ser. Fd. Sm. Cap Growth Fd. | A | Dividend | K | T | | | | | |
| 29. Goldman Sachs Dynamic Allocation Fd. | A | Dividend | | | Sold (part) | 03/20/17 | J | A | |
| 30. | | | | | Sold | 07/18/17 | J | A | |
| 31. Goldman Sachs Finl Square Treas. Instrs. Fd. | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 32. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 33. | | | | | Sold (part) | 04/13/17 | J | A | |
| 34. | | | | | Buy (add'l) | 04/28/17 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/19/17 | J | A | |
| 36. | | | | | Sold (part) | 07/14/17 | J | A | |
| 37. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 38. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 39. | | | | | Sold (part) | 09/13/17 | J | A | |
| 40. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 41. | | | | | Sold (part) | 10/13/17 | J | A | |
| 42. Gotham Absolute Return Fund n/k/a Fund Advantage | A | Dividend | J | T | | | | | |
| 43. Harbor Cap. Apprec. Fd. | B | Dividend | K | T | Buy (add'l) | 04/28/17 | J | | |
| 44. Harbor International Fund | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 45. Hotchkis & Wiley Mid Cap Value Fund | A | Dividend | J | T | Buy | 04/28/17 | J | | |
| 46. Hartford Mut. Funds FDS- Midcap Funds | A | Dividend | J | T | | | | | |
| 47. Invesco Global Real Estate Fd. | A | Dividend | | | Buy (add'l) | 04/28/17 | J | | |
| 48. | | | | | Sold | 08/29/17 | J | A | |
| 49. Inv. Mgrs Ser Tr Oak Ridge Sm Cap Gr Fd | A | Dividend | | | Buy (add'l) | 04/28/17 | J | | |
| 50. | | | | | Sold | 08/29/17 | J | A | |
| 51. John Hancock Classic Value Fund | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. John Hancok Funds Absolute Return Currency | A | Dividend | J | T | Buy (add'l) | 03/17/17 | J | | |
| 53. JP Mprgan Tr. I US Equity Fund | B | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 54. JP Morgan Chase - bank account | | None | L | T | | | | | |
| 55. JP Morgan Chase- bank account | A | Interest | K | T | | | | | |
| 56. JP Morgan US Large Cap Core Plus Fd. | C | Dividend | K | T | Sold (part) | 07/14/17 | J | A | |
| 57. Kinetics Mut. Fds. Inc. Paradigm Fd. | A | Dividend | | | Sold (part) | 01/13/17 | J | A | |
| 58. | | | | | Sold (part) | 03/17/17 | J | A | |
| 59. | | | | | Sold | 04/24/17 | J | A | |
| 60. Lazard Fds. Intl. Equity Port Instl | A | Dividend | K | T | | | | | |
| 61. Mainstay Large Cap Growth Fd Cl. I | C | Dividend | K | T | Buy | 08/29/17 | K | | |
| 62. Meridian FD Inc. Sm Cap Growth Fds | A | Dividend | K | T | | | | | |
| 63. MFS Ser. TR III Municipal High Inc. Fund CL I | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 64. MFS Ser. TR X Emerging Mkts Class I | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 65. Natixis Fds. ASG Global Alternatives Fd. | A | Dividend | J | T | Buy (add'l) | 03/17/17 | J | | |
| 66. Nuveen Invest. Fds. R.E. Sec. Fds Class I | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 67. Oppenheimer Dev. Mkts Fd. | A | Dividend | K | T | Buy (add'l) | 04/28/17 | J | | |
| 68. Oppenheimer Intl. Growth Fund | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oppenheimer Global Fund | A | Dividend | J | T | Sold (part) | 03/17/17 | J | A | |
| 70. Pimco All Asset Fund | A | Dividend | K | T | Sold (part) | 03/17/17 | J | A | |
| 71. Pimco Funds Pacific Investment | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 72. Principal Funds High Yield Fd. | A | Dividend | J | T | | | | | |
| 73. Principal Funds Inc. Global Multi-Strategy Fd | A | Dividend | J | T | | | | | |
| 74. Principal Fds Global R.E. Sec. Funds | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 75. Putnam Absolute Return | A | Dividend | J | T | Buy (add'l) | 03/17/17 | J | | |
| 76. Russell Invt. Co. Global Equity Fd. | C | Dividend | | | Sold | 09/19/17 | L | D | |
| 77. Russell Invt. Co. Global Infrastructure Fd. | A | Dividend | J | T | Sold (part) | 09/19/17 | J | D | |
| 78. Russell Invt. Co. Commodity Strat. Fund | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 79. Russell Invt. Co Global Opp. Fund | A | Dividend | J | | Sold | 09/19/17 | K | A | |
| 80. Russell Invt. Co Emerging Mkts. Fd | A | Dividend | L | T | Sold (part) | 07/17/17 | J | A | |
| 81. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 82. Russell Invt. Co. Global Real Estate Fd. | A | Dividend | | | Sold | 09/19/17 | J | A | |
| 83. Russell Invt. Co. Developed Mkts Fd. | B | Dividend | L | T | Buy (add'l) | 09/19/17 | J | | |
| 84. Russell Invt. Co. Strategic Bond Fd. | A | Dividend | K | T | Buy (add'l) | 09/19/17 | J | | |
| 85. Russell Invt. Co. US Small Cap Equity Fd. | C | Dividend | K | T | Buy (add'l) | 09/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Russell Invt. Co. US Strat. Equity Fd. | D | Dividend | L | T | Sold (part) | 09/19/17 | J | C | |
| 87. Russell Multi Asset Growth Strategy Fd. | B | Dividend | L | T | Buy | 09/19/17 | L | | |
| 88. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 89. T. Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 90. T. Rowe Price Real Estate Fd. | A | Dividend | | | Sold | 08/29/17 | J | A | |
| 91. T. Rowe Price Summit Mun. Fds. | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 92. Thornburg Inv. Tr. Global Opportunities Fund | A | Dividend | J | T | Sold (part) | 03/17/17 | J | A | |
| 93. TCW Funds Relative Value Large Cap | C | Dividend | K | T | Sold (part) | 04/13/17 | J | A | |
| 94. Tributary Fds. Sm Co. Fund | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 95. Victory Portfolios Small Co Opportunity Fd. | A | Dividend | K | T | Buy (add'l) | 05/01/17 | J | | |
| 96. Virtus Emerging Mkts Opp. Ff n/k/a Virtus Opportunities | A | Dividend | K | T | | | | | |
| 97. Wells Fargo Fds. Emerging Mkts Equity Fund | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 98. Wells Fargo Funds Spec. Mid Cap Value | A | Dividend | J | T | | | | | |
| 99. Wells Fargo Absolute Return Fund | A | Dividend | L | T | Buy (add'l) | 03/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 5/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 5/14/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary P. Gorman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544